UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>DAVID JAMES BLUER,<br><br>    Defendant.<br>_____/ | Case:2:22-cr-20557<br>Judge: Michelson, Laurie J.<br>MJ: Grand, David R.<br>Filed: 10-25-2022 At 03:47 PM<br>INDI USA V DAVID JAMES BLUER (LG)<br><br>Violations:<br>18 U.S.C. § 922(g)(1) |

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT ONE
*18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm*

Sometime between March 29, 2022, and June 13, 2022, in the Eastern District of Michigan, the defendant, **DAVID JAMES BLUER**, knowing that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed, in and affecting interstate commerce, a firearm, that is, a Springfield XD-9 (9mm caliber) handgun, in violation of Title 18, United States Code, Section 922(g)(1).

1

## COUNT TWO
### 18 U.S.C. § 922(g)(1) - Felon in Possession of a Firearm

On or about May 11, 2022, in the Eastern District of Michigan, the defendant, **DAVID JAMES BLUER**, knowing that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed, in and affecting interstate commerce, four firearms, that is: a Colt M4 (.556 caliber) carbine rifle; a HATSAN Arms Company Escort Slugger (12 gauge) shotgun; a Sig Sauer P226 (9mm caliber) handgun; and a Beretta 92FS (9mm caliber) handgun, all in violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATIONS
### 18 U.S.C. § 924(d) and 28 U.S.C. § 2461

The allegations contained in Counts One and Two of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461.

Upon conviction of the offenses set forth in Counts One and Two of this Indictment, the defendant shall forfeit to the United States any firearm or ammunition involved in the knowing violation of the offenses set forth in the counts of conviction, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

THIS IS A TRUE BILL

*s/Grand Jury Foreperson*
GRAND JURY FOREPERSON


DAWN N. ISON
United States Attorney


*s/David A. Gardey*
DAVID A. GARDEY
Chief, Public Corruption and Civil Rights Unit


*s/Frances Lee Carlson*
FRANCES LEE CARLSON
Assistant United States Attorney

Dated: October 25, 2022

| United States District Court<br>Eastern District of Michigan | Criminal Case Cover | Case Number: |
|---|---|---|
| | | Case: 2:22-cr-20557<br>Judge: Michelson, Laurie J.<br>MJ: Grand, David R.<br>Filed: 10-25-2022 At 03:47 PM<br>INDI USA V DAVID JAMES BLUER (LG) |

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately

| **Companion Case Information** | Comp |
|---|---|
| This may be a companion case based on LCrR 57.10(b)(4)¹: | |
| ☐Yes ☑No | AUSA's Initials: *FLC* |

**Case Title:** USA v. David James Bluer

**County where offense occurred:** Macomb and Saginaw Counties

**Offense Type:** Felony

Indictment -- **no** prior complaint

## Superseding Case Information

**Superseding to Case No:** _____   **Judge:** _____

**Reason:**

| Defendant Name | Charges | Prior Complaint (if applicable) |
|---|---|---|

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case**

October 25, 2022
Date

*[signature]*
Frances Lee Carlson
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
frances.carlson@usdoj.gov
(313) 226-9696
Bar #: P62624

---

¹ Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.